

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00577-CV

**IN RE L.S.D**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01575
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order counsel for appellant, Shawn Sheffield, to file the appellant's brief by November 9, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court